# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| STEVEN E. LEITZ, *individually and on behalf of all others similarly situated*, )<br><br>Plaintiff, )<br><br>v. )<br><br>KRAFT FOODS GROUP, INC., *et al.*, )<br><br>Defendants. ) | Civil Action No. 3:15CV262–HEH |
| JOHN KLOCKE, *et al.*, *individually and on behalf of all others similarly situated*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>KRAFT FOODS GROUP, INC., *et al.*, )<br><br>Defendants. ) | Civil Action No. 3:15CV281–HEH |
| ROBERT MEYER IRA FBO ROBERT MEYER, *on behalf of itself and all others similarly situated*, )<br><br>Plaintiff, )<br><br>v. )<br><br>KRAFT FOODS GROUP, INC., *et al.*, )<br><br>Defendants. ) | Civil Action No. 3:15CV289–HEH |
| SAM WIETSCHNER, *et al.*, *individually and on behalf of all others similarly situated*, ) | |

|                                   |   |                                  |
|-----------------------------------|---|----------------------------------|
| Plaintiffs,                       | ) |                                  |
|                                   | ) |                                  |
| v.                                | ) | Civil Action No. 3:15CV292–HEH  |
|                                   | ) |                                  |
| KRAFT FOODS GROUP, INC., *et al.*,| ) |                                  |
|                                   | ) |                                  |
| Defendants.                       | ) |                                  |

## ORDER
### (Granting Motion to Consolidate Cases)

THIS MATTER is before the Court on Defendant Kraft Food Group Inc.'s ("Kraft") Motion to Consolidate pursuant to Fed. R. Civ. P. 42, filed on May 11, 2015 in Civil Action No. 3:15CV262 ("Motion," ECF No. 5). Kraft moved to consolidate Civil Action No. 3:15CV281, and any additional related cases that were filed subsequent to their Motion, with Civil Action No. 3:15CV262. Following Kraft's Motion, two related cases—3:15CV289 and 3:15CV292—were filed. Plaintiffs have failed to file a response to Kraft's motion, and the time for filing has expired. Because the Motion appears unopposed, the cases involve virtually identical questions of law and fact, and for good cause shown, the Motion is GRANTED.

For administrative purposes, Civil Action No. 3:15CV262 and Civil Action Nos. 3:15CV281, 3:15CV289, 3:15CV292, are hereby CONSOLIDATED and MERGED. The parties are DIRECTED to file all future submissions ONLY under **Civil Action No. 3:15CV262.**

The Clerk is directed to send a copy of this Order to all counsel of record.

2

It is so ORDERED.

                                          /s/
                            Henry E. Hudson
                            United States District Judge

Date: May 26, 2015
Richmond, Virginia