**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| STEVEN E. LEITZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>KRAFT FOODS GROUP, INC., JOHN T. CAHILL, W. KEVIN COX, MYRA M. HART, PETER B. HENRY, JEANNE P. JACKSON, TERRY J. LUNDGREN, MACKEY J. MCDONALD, JOHN C. POPE, E. FOLLIN SMITH, H.J. HEINZ HOLDING CORP., KITE MERGER SUB CORP., and KITE MERGER SUB LLC,<br><br>Defendants. | Civil Action No. 3:15-CV-262-HEH<br><br>**CONSOLIDATED WITH:**<br>CIVIL ACTION NOS.<br>3:15-CV-281-HEH<br>3:15-CV-289-HEH<br>3:15-CV-292-HEH |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

By this motion, Plaintiffs Steven E. Leitz, John Klocke, Michael Reed, Robert Meyer IRA FBO Robert Meyer, and Sam Wietschner and Tova Wietschner TRS for Sam Wietschner Pension Plan UA April 1, 1990, by and through their undersigned counsel, hereby move for final approval of the Settlement of the above-captioned shareholder action and for an award of attorneys' fees and expenses. Specifically, Plaintiffs move the Court for the entry of the order finally approving the Settlement ("Order and Final Judgment") as set forth in the Stipulation and Agreement of Compromise, Settlement and Release filed October 29, 2015 ("Stipulation") (Dkt. No. 32-2).

This motion is based on the accompanying memorandum of law, the supporting declarations, the Stipulation, and such additional argument as may be required by the Court. Plaintiff and Plaintiffs' counsel respectfully submit that the proposed Settlement is in the best interests of the

former shareholders of Kraft Foods Group, Inc. Plaintiffs thus respectfully request the Court finally approve the Settlement and Plaintiffs' Application for Award of Attorneys' Fees and Expenses and enter the Order and Final Judgment.

Dated: January 19, 2016

/s/

Elizabeth K. Tripodi (VA Bar #73483)
**LEVI & KORSINSKY, LLP**
1101 30th St. NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
etripodi@zlk.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of January, 2016 electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users. In addition, a true and correct copy of the foregoing has been served by electronic mail this 19th day of January, 2016, upon the following:

HUNTON & WILLIAMS LLP
Edward J. Fuhr (VSB No. 28082)
efuhr@hunton.com
Johnathon E. Schronce (VSB No. 80903)
jschronce@hunton.com
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

SULLIVAN & CROMWELL LLP
Richard C. Pepperman II
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants John T. Cahill, W. Anthony Vernon, Abelardo Bru, L. Kevin Cox, Myra M. Hart, Peter B. Henry, Jeanne P. Jackson, Terry J. Lundgren, Mackey J. McDonald, John C. Pope, E. Follin Smith, and Kraft Foods Group, Inc.*

McGUIREWOODS LLP
J. William Boland (VSB No. 23548)
wboland@mcguirewoods.com
Steven G. Popps (VSB No. 80817)
spopps@mcguirewoods.com
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-4374
Facsimile: (804) 698-2015

CRAVATH, SWAINE & MOORE LLP
Sandra C. Goldstein
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants H.J. Heinz Holding Corp., Kite Merger Sub Corp., and Kite Merger Sub LLC*

/s/__________________
Elizabeth K. Tripodi (VA Bar #73483)
**LEVI & KORSINSKY, LLP**
1101 30th St. NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
etripodi@zlk.com