IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVEN E. LEITZ,
*Individually and on behalf of all
others situated,*
        Plaintiffs,

v.                                         Civil Action No. 3:15cv262–HEH

KRAFT FOOD GROUP, INC.,
*et al.*,
        Defendants.

## ORDER

This matter comes before the Court on the Plaintiffs' Motion for Final Approval of Class Action Settlement and Application for Award of Attorneys' Fees and Expenses (Dk. No. 35).

On February 18, 2016, the Court held a hearing on Plaintiffs' Motion. As explained more particularly from the bench, the Court indicated its intention to grant final approval of the settlement upon submission and review of Plaintiffs' counsels' contemporaneous billing records. Upon submission of the time records, and review of those records by an independent qualified expert witness, and after determination of reasonable fees, the Court will enter a final order approving settlement in this matter. The Court requires that Plaintiffs submit their records to the Court within twenty-one (21) days and that Plaintiffs' expert witness submit his or her determination to the Court within twenty-eight (28) days.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 2/18/16
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge